HANSON, Appellant, vs. NELSON, Respondent.

For the appellant: *M. J. McDonald* and *Beznor, McDonald & Beznor,* attorneys, and *Lee K. Beznor* of counsel, all of Balsam Lake.

For the respondent: *Nelton & McGinnis* of Balsam Lake, attorneys, and *G. Burgess Ela* of Madison of counsel.

*By the Court.*—Judgment affirmed.

GLASS, Administrator, Appellant, vs. MEGAN, Trustee, Respondent.

For the appellant: *Sheldon & Freytag* of Elkhorn, attorneys, and *Laurence W. Hall* of Madison of counsel.

For the respondent: *John F. Baker* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF PHILLIPS: CHILDREN'S HOME & AID SOCIETY OF WISCONSIN and others, Appellants, vs. THOMPSON and another, Respondents.

For the appellants: *Lecher, Michael, Whyte & Spohn* of Milwaukee, *Masters & Hansen* of Sparta, and *George J. Larkin* of Dodgeville.

For the respondents: *Gibbon & Hamilton* of Dodgeville.

*By the Court.*—Judgment affirmed.